**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01292-CR

### EX PARTE CARLOS CALDERON

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX18-90064-L**

## ORDER

The record has been filed in this appeal.

We **ORDER** appellant to file his brief by **December 7, 2018**. We **ORDER** the State

to file its brief by **December 28, 2018**. If either party fails to file a brief by the due date, the

appeal will be submitted without that party's brief.

The Court will set a submission date and panel after briefing is concluded.


/s/      LANA MYERS
             JUSTICE